UNITED STATES DISTRICT COURT
Southern District of Florida

| UNITED STATES OF AMERICA | Case Number: CR 00-4239 SNOW |
|---|---|
| Plaintiff | |
| V.S. | REPORT COMMENCING CRIMINAL ACTION |
| Michel Deloris Reid | 66471-004 |
| Defendant | |

TO: Clerk's Office    Miami    (Ft. Lauderdale)    W. Palm Beach
    U.S. District Court            (Circle One)

FILED by
OCT 16 2000
CLARENCE MADDOX
S.D. OF FLA. DIST. CT. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 10/14/00    1700

(2) Language Spoken: English

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
                         21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (X) No    ( ) Unknown

(5) Date of Birth: 11/12/78

(6) Type of Charging Document: (Check One)
    ( ) Indictment    (X) Complaint    To be filed/Already filed

    CASE#_____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern District Fl.
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES    ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks:_____

(8) Date: 10/14/00  (9) Arresting Officer: CARRY ARN
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 954-921-3509
(12) Comments:_____