## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHELE REID (J) | CASE NO: | 00-4239-SNOW |
| AUSA: | DUTY /s/ Jeff Kay | ATTY: | Tim Day |
| AGENT: | CUSTOMS | VIOL: | 21:841(a)(1), 952 |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | 250,000 CSB |

FILED by OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S/D OF FLA. FT. LAUD.

BOND HEARING HELD - yes / ~~no~~    COUNSEL APPOINTED: FPD

BOND SET @: 250,000 CSB w/ Nebbia    To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Advised of Charges*
*sworn for apptmt of Counsel*

*INS hold on deft*
*Bond hg. deferred*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| (PRELIM/ARRAIGN.) OR REMOVAL: | 10/27 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10/16/00   TIME: 11 00   FTL/LSS TAPE # 00 - 052   Begin: 582   End: 693

*re-call @ 813 end 847*