JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6310** CR - FERGUSON

21 U.S.C. §952(a)
21 U.S.C. §963
21 U.S.C. §841(a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, :

vs. :

MICHEL DELORIS REID, :

DEFENDANT. :

_____

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 14, 2000, at Broward County, in the Southern District of

Florida, the defendant,

MICHEL DELORIS REID,

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a Schedule II controlled substance, that is, at least 500 grams of a mixture and substance

containing a detectable amount of cocaine; in violation of Title 21, United States Code, Sections

952(a) and 963, and Title 18, United States Code, Section 2.



## COUNT II

On or about October 14, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHEL DELORIS REID,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, at least 500 grams of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITES STATES ATTORNEY

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| MICHEL D. REID _____ / | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)　　　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　　　(Yes or No) NO_____
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　　　　　(Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO___
   If yes:
   Judge: _____　　Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __YES_____
If yes:
Magistrate Case No. _____ 00-4239-LSS _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __10/16/00_____
Defendant(s) in state custody as of _____
Rule 20 from the _____　District of _____
Is this a potential death penalty case? (Yes or No) _____ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No　　If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section Miami? ___ Yes _X_ No

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JEFFREY H. KAY
　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　Court Bar No. 208035

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>MICHEL D. REID</u>       No.: _____

Count #: 1   <u>Conspiracy to import cocaine into U.S.;in violation of 21 U.S.C. §§952(a) and 963</u>

*Max Penalty: <u>Five years' mandatory minimum and forty years' maximum imprisonment, $2,000,000 fine</u>

_____

<u>Counts #: 2 Possession w/intent to distribute cocaine; in violation of 21 U.S.C.§841(a)(1)</u>

*Max Penalty : <u>Five years' mandatory minimum  and forty years' maximum imprisonment; $2,000,000 fine</u>

Count #: _____

*Max Penalty: _____

_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96