# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Michele Reid (J)# | CASE NO: | 00-6310-cr-Ferguson |
| AUSA: | Jeff Kay | ATTNY: | FPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | ~~Prelim~~/Arraignment | BOND REC: | |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain, passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 11-9-00 | 11:00am | LSS |
| DATE: 10-27-00 | TIME: 11:00am | TAPE # 00-086 | PG # |

393-450

4
8