OCT 27 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6310-CR-Ferguson

UNITED STATES OF AMERICA

vs

MICHELE REID (J)

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on October 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: ___In Custody_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____FPD_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____Cont'd in Custody_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this__27th___ day of __October_____, 2000.

CLARENCE MADDOX JUENKE
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
    Deputy Clerk

Tape No._____00-0086_____

cc: Clerk for Judge
    U. S. Attorney
    Counsel for Defendant
    Pretrial Services