HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

*FILED by NOV 9 2000 CLERK U.S. DIST. S.D. OF FLA. FT. LAUD.*

(USM do not bring defendants for status hearing)

DEFT __MARION McCLEOD_____ CASE NO: __00-6293-CR-FERGUSON__
AUSA __BRUCE BROWN__ *nlo*  ATTY __FPD__ - *Bat Hunt*

David Joffe, Esq. for James Alce
√ Richard Della Fera, Esq. for Gary Williams
√ Michael Smith, Esq. for Damon Walters
√ David Hodge, Esq. for Curtis Jones
√ Howard Greitzer, Esq. Clemente Alexis

*M/due Dec 8    00-056
                @ 2240*

DEFT __CLIVE WILLIAMS_____ CASE NO: __00-6297-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__ ATTY __SHELDON ZIPKIN, ESQ.__

*Cancel - set for trial - disc rec'd
                            @ 2371*

DEFT __IVORY KNIGHTS_____ CASE NO: __00-6295-CR-DIMITROULEAS__
AUSA __BRUCE BROWN__ / *Behnke*  ATTY __FPD__ *Bat Hunt for Berube*

*disc out -                         @ 2385*

DEFT __MICHELE REID_____ CASE NO: __00-6310-CR-FERGUSON__
AUSA __JEFF KAY__ ATTY __FPD__ *Bat Hunt*

*disc rec'd - No pending mot.       @ 2439*

DATE __11-9-00__ TIME __11:00 A.M.__