SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
[MAR 27 2001]

CASE # 00-6310-_____

DEFENDANT **Michele Reid**  JUDGE  WILKIE D. FERGUSON

Deputy Clerk  TROY T WALKER  DATE  March 23, 2001

Court Reporter  Paul Haferling  USPO  D. Gutt

AUSA  Jeff Kery  Deft's Counsel  Pat Hunt, FPD

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years   Months   Counts
                       20       1

Supervised Release  3 yrs (see J & C for details)

Probation   Years   Months   Counts

Comments _____

Assessment $ 100.00    Fine $ none

Restitution /Other _____

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

Right to appeal

18