DEFENDANT:      **MICHEL D. REID, (J) 66471-004**
CASE NUMBER:    **0:00CR06310-001**  WDF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __30__ **month(s)** .

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m.  on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date  3/30/01

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _4·25·01_ to _FCT Tallahassee_

at _Tallahassee, FL_ , with a certified copy of this judgment.

_Sondra M. Clark_

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal