JHK:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6310-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MICHEL D. REID, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

FILED

NOV 21 2000

### GOVERNMENT'S NOTICE OF UNAVAILABILITY AND CONTINUANCE

COMES NOW the United States by and through the undersigned Assistant United States Attorney and states as follows:

1. The Court has set the trial of this matter for Monday, December 18, 2000.

2. Undersigned counsel has previously purchased in September 2000 non refundable airline tickets on Delta Airlines to leave from Ft. Lauderdale, Florida on Saturday, December 16, 2000 to New York City, New York, with a return on Tuesday afternoon, December 19, 2000. Undersigned counsel will be attending a memorial service for his father-in-law in the New York Metropolitan area that the entire family is attending.

3. Undersigned counsel respectfully requests the Court to continue this matter from Monday, December 18, 2000, for a short period of time to allow undersigned counsel to attend this family function.

4.  Lastly, undersigned counsel believes there is a possibility of a plea in this case as it is an airport carry of cocaine in bottles on a flight from Kingston, Jamaica to Fort Lauderdale International Airport on Air Jamaica.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 208035
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3593
Facsimile: (954) 356-7336
E-Mail: Jeffrey.Kay@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of November, 2000 to Patrick Hunt, Esq., Federal Public Defender's Office, 101 NE Third Ave., Suite 202, Ft. Lauderdale, FL 33301.

_____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY

2

                                                        LSS     CLOSED

                        U.S. District Court
            FLS - Southern District of Florida FtLauderdale

                  CRIMINAL DOCKET FOR CASE #: 00-CR-6130

USA v. Tamayo                                          Filed: 05/16/00
Assigned to: William P. Dimitrouleas


Dkt # in other court: None

                    P. Dimitrouleas (ss) [Entry date 07/17/00]

09/13/00    25      MOTION by Gustavo Tamayo for continuance of sentencing (ss)
                    [Entry date 09/14/00]

09/14/00    26      ORDER as to Gustavo Tamayo granting [25-1] motion for
                    continuance of sentencing; Resetting Sentencing for 11:00
                    10/27/00 for Gustavo Tamayo before Judge William P.
                    Dimitrouleas (Signed by Judge William P. Dimitrouleas on
                    9/13/00) CCAP [EOD Date: 9/14/00] CCAP☐ (ss)
                    [Entry date 09/14/00]

10/27/00    27      Minutes of Sentencing held on 10/27/00 before Judge William
                    P. Dimitrouleas as to Gustavo Tamayo; Court Reporter Name
                    or Tape #: Bob Ryckoff (ss) [Entry date 10/30/00]

10/27/00    ---     Sentencing held Gustavo Tamayo (1) count(s) 1 (ss)
                    [Entry date 10/30/00]

10/27/00    28      JUDGMENT as to Gustavo Tamayo (1) count(s) 1. Imprisonment
                    41 months; Supervised Release 36 months; Assessment $100.00
                    (Signed by Judge William P. Dimitrouleas on 10/27/00) CCAP
                    [EOD Date: 10/30/00] CCAP (ss) [Entry date 10/30/00]

11/21/00    29      NOTICE OF UNAVAILABILITY AND MOTION by USA  as to Gustavo
                    Tamayo to continue trial (dp) [Entry date 11/22/00]

11/21/00    30      Judgment Returned Executed as to Gustavo Tamayo on 11/14/00
                    at Federal Correctional Institute, COL (ss)
                    [Entry date 11/22/00]



                                        Attached to D.E. # 21